UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                             CASE NO. 06-11188; SEC A
JOYCELYN M. RAYMOND                 CHAPTER 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW INTO COURT, through undersigned counsel, comes Beneficial Mortgage Co. of Louisiana ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located in Harvey, Louisiana. The note and mortgage is payable in monthly installments, and the property affected by the mortgage is the home of Debtor.

2.

At the time of filing this case on November 01, 2006, the pre petition arrearages totaled $1,466.65 and the principal and interest owed to Creditor was $87,800.75.

3.

The plan of the Debtor proposes to pay Beneficial Mortgage Co. of Louisiana $2,500.00 in pre petition arrearages and proposes to pay the regular monthly mortgage payments directly outside of the plan.

4.

The plan of the Debtor also states "The lien of Beneficial Mortgage Co. is to be avoided in its entirety pursuant to 11 U.S.C. § 522(f)(2)(A). This plan, upon confirmation, reduces the

secured claim of Beneficial from $86,315.15 to $0.00. The amount of $86,315.15 shall be stripped away as there is no equity to attribute to its lien."

5.

The Debtors Schedule D lists two loans with Beneficial Mortgage Co. of Louisiana. The first loan in the amount of $82,837.25 is listed as a secured claim. The second loan is listed in the amount of $86,315.16 and considered unsecured.

6.

Creditor asserts that it holds the first and only mortgage on the subject property, which is the residence of the debtor and thereby protected by the anti modification provision of the Bankruptcy code.

7.

For the foregoing reason, Creditor objects to the confirmation of the plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Chapter 13 plan proposed by the Debtor herein be denied by the Court.

>DEAN MORRIS, L.L.P.
>1820 Avenue of America
>P. O. Box 15270
>Monroe, LA 71207-5270
>(318) 388-1440
>
>/S/ Candace A. Courteau
>ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                            CASE NO. 06-11188
JOYCELYN M. RAYMOND                CHAPTER 13

## CERTIFICATE OF SERVICE

I, Candace A. Courteau, hereby certify that I have notified the following interested parties of the Objection to Confirmation of the Chapter 13 Plan filed by Beneficial Mortgage Co. of Louisiana, as reflected on the foregoing notice, to-wit:

Joycelyn M. Raymond
1924 Pailet Avenue
Harvey, LA 70058

S. J. Beaulieu, Jr.
Trustee
433 Metairie Road
Suite 307
Metairie, LA 70005

Fatima A. Skimin
Attorney at Law
1100 Poydras
Suite 2900
New Orleans, LA 70163

Office of the U.S. Trustee
400 Poydras Street
Suite 2110, Texaco Center
New Orleans, LA 70130

by mailing or emailing this notice and a copy of the Objection to Confirmation of Chapter 13 Plan filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 21st day of December, 2006.

DEAN MORRIS, L.L.P.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Candace A. Courteau
ATTORNEY FOR CREDITOR