# United States Bankruptcy Court
*Eastern District of Louisiana*

06-11188 A
Case Number

## CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

In re: JOYCELYN M RAYMOND

1924 PAILET AVE
HARVEY LA  70058

This case was:
*CONVERTED AFTER CONFIRMATION*

Final Meeting of Creditors:
*8:30 AM, February 26, 2008*

S. J. Beaulieu, Jr., Chapter 13 Trustee, respectfully submits for the Court's approval a report of his administration of the estate, avers that the case has been fully administered pursuant to FRBP 5009, and prays that he be relieved of his trust. The total amount received from or on behalf of the debtor was $ 684.90, which was disbursed as follows:

| # | NAME | TYPE | % ALLOWED | CLAIM AMT | PRINCIPAL PD | INTEREST PD |
|---|------|------|-----------|-----------|--------------|-------------|
| 01 | AMERICREDIT | DIRECT PAY | .00 | 3,222.48 | .00 | .00 |
| 02 | BENEFICIAL FINANCE | MTG ARRS | 100.00 | 1,466.65 | .00 | .00 |
| 03 | BENEFICIAL FINANCE | DIRECT PAY | .00 | 86,334.10 | .00 | .00 |
| 04 | BENEFICIAL FINANCE | DIRECT PAY | .00 | .00 | .00 | .00 |
| 05 | WELLS FARGO AUTO FINANCE | SECURED | 100.00 | 4,085.42 | .00 | .00 |
| 06 | INTERNAL REVENUE SERVICE | PRIORITY | 100.00 | 2,261.53 | 214.49 | .00 |
| 07 | ECAST SETTLEMENT CORP | UNSECURED | 4.00 | 17,182.97 | .00 | .00 |
| 08 | CAPITAL ONE | UNSECURED | 4.00 | 374.94 | .00 | .00 |
| 09 | ECAST SETTLEMENT CORP | UNSECURED | 4.00 | 914.78 | .00 | .00 |
| 10 | CONSUMER DEBT COUNSELORS | UNSECURED | 4.00 | .00 | .00 | .00 |
| 11 | RECOVERY MANAGEMENT SYSTEMS | UNSECURED | 4.00 | 93.45 | .00 | .00 |
| 12 | HOME DEPOT CREDIT SVCS | UNSECURED | 4.00 | .00 | .00 | .00 |
| 13 | ECAST SETTLEMENT CORP | UNSECURED | 4.00 | 247.57 | .00 | .00 |
| 14 | PROVIDIAN | UNSECURED | 4.00 | .00 | .00 | .00 |
| 15 | LVNV FUNDING LLC | UNSECURED | 4.00 | 1,098.13 | .00 | .00 |
| 16 | WEINSTEIN & RILEY PS | UNSECURED | 4.00 | 143.74 | .00 | .00 |
| 17 | STATE FARM INSURANCE | UNSECURED | 4.00 | .00 | .00 | .00 |
| 18 | LVNV FUNDING LLC | UNSECURED | 4.00 | 600.89 | .00 | .00 |
| 19 | WELLS FARGO FINANCIAL BANK | UNSECURED | 4.00 | 1,445.32 | .00 | .00 |
| 20 | AMERICREDIT | NOTICE ONLY | .00 | .00 | .00 | .00 |
| 21 | AMERICREDIT | MTG ARRS | 100.00 | 247.44 | 27.48 | .00 |
| 22 | WELLS FARGO AUTO FINANCE | MTG ARRS | 100.00 | 155.95 | 17.32 | .00 |
| 23 | LA DEPT OF REVENUE | PRIORITY | 100.00 | 1,216.56 | .00 | .00 |
| 24 | LA DEPT OF REVENUE | UNSECURED | 4.00 | 124.76 | .00 | .00 |
| 25 | INTERNAL REVENUE SERVICE | UNSECURED | 4.00 | 540.41 | .00 | .00 |

Paid to Trustee: $ 16.05    Disbursed to PRIORITY Creditors: $ 214.49
Paid to Attorney: $ 409.56    Disbursed to SECURED Creditors: $ 44.80
Refunded to Debtor: $ .00    Disbursed to UNSECURED Creditors: $ .00

Certificate of Service
I hereby certify that a copy of the foregoing pleading was mailed this date to all parties of interest herein, including:

Debtor_____ Atty_____
Creditor_____ Employer_____
S J Beaulieu, Jr. Trustee
By_____ Date 1/7/08

*S. J Beaulieu Jr*

cc:  FATIMA A SKIMIN
STE 2900
1100 POYDRAS ST
NEW ORLEANS LA  70163

S. J. Beaulieu, Jr.
Chapter 13 Trustee

- 33 -